# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY MARTIN, | § | |
| | § | No. 409, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court of |
| v. | § | the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | ID. No. 1306002171 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 7th day of September, 2017, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed for the reasons assigned by the Superior Court in its order dated July 11, 2016, adopting the Superior Court Commissioner's Report and Recommendation dated May 25, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice